IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GULZAR AHMED, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SERENA WHOLESALE, INC. and RAFIQ P. KHOJA,<br><br>    Defendants. | Civil Action No. 5:20-cv-00475-TES |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice for the approval of the parties' compromise of Plaintiff's claims under the Fair Labor Standards Act of 1938, U.S.C. § 201 et seq., as amended (the "FLSA").

There are two ways in which claims raised under the FLSA may be settled and released by employees. First, 29 U.S.C. § 216(c) allows employees to settle and waive their claims under the FLSA if the employer makes full payment of back wages to the employee under the supervision of the Secretary of Labor. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Second, where, as here, an alleged employee asserts claims against an alleged employer in a private lawsuit for back wages under 29 U.S.C. § 216(b), the plaintiff may settle and release the FLSA claims if the parties present the district court with a proposed settlement and the district court enters a stipulated judgment after scrutinizing the settlement for fairness. *Id.* at 1353.

The Court has reviewed the parties' Joint Motion and the Settlement Agreement submitted therewith. The Court is of the opinion that there is a bona fide dispute over application of

the relevant provisions of the FLSA. In light of this legitimate dispute, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of Plaintiff's FLSA claims. Moreover, the Court finds that the amount of the settlement is fair, given the allegations in the Complaint.

WHEREFORE, it is hereby **ORDERED** that:

The parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice is **GRANTED**.

The Court **APPROVES** the form of the Settlement Agreement.

The Court **APPROVES** the monetary distribution as to Plaintiff and Plaintiff's Counsel as described in the Settlement Agreement and **ORDERS** Defendants to make payments accordingly.

The matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED and DIRECTED**, this the 17 day of March, 2021.

TILMAN E. SELF, III,
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION