IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GULZAR AHMED, on behalf of herself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 5:20-cv-475-TES |
| v. | * |
| SERENA WHOLESALE, INC. and RAFIQ P. KHOJA, | * |
| | * |
| Defendants. | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 17, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of March, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk